UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :
In re                                               :
                                                    :
BOB ELLIOTT'S MUSIC MAKERS LLC,  :
                                                    :         Case No. 23-11556-lgb
                                                    :
                                                    :         Sub-Chapter V Chapter 11
                              Debtor.    :
-------------------------------------------------------x

### EX PARTE ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTION FOR AN INTERIM AND FINAL ORDER AUTHORIZING THE DEBTOR TO PAY PRE-PETITION COMPENSATION

Upon the application of Bob Elliott's Music Makers LLC (the "Debtor") dated October 19, 2023 for the entry of an order fixing the method of service and shortening the notice period (the "Notice Application") [ECF No. 17] for a hearing on the Debtor's Motion For the Entry Of An Interim and Final Order Authorizing the Debtor to Pay Pre-Petition Compensation (the "Motion") [ECF No. 16]; and it appearing that sufficient grounds have been established by the Debtor to warrant the relief sought in the Notice Application, and that entry of this Order is necessary and appropriate in accordance with Local Rule 9077-1, it is

**ORDERED**, that sufficient grounds have been shown for a reduction of time for notice of and for granting the relief requested in the Notice Application; and it is further

**ORDERED**, that a hearing on the Motion is scheduled for October 26, 2023 at 10:00 a.m. or as soon thereafter as counsel can be heard (the "Hearing"), why the relief requested in the Motion should not be granted; and it is further

**ORDERED**, that Ortiz & Ortiz shall serve a copy of this Order and the Motion by electronic mail or regular mail to (1) the Office of the U.S. Trustee and (2) the Subchapter V Trustee, (3) the

Debtor's secured creditor Wells Fargo Bank, (4) the Debtor's ten largest creditors, and (5) any party that has filed a Notice of Appearance no later than October 20, 2023; and it is further

**ORDERED**, that such service shall be adequate and sufficient notice of the Motion; and it is further

**ORDERED**, that objections, if any, to the relief requested in the Motion shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules, and Local Rules of the Bankruptcy Court, and must be filed and served one business day before the hearing on the Motion; and it is further

**ORDERED**, that the hearing on October 26, 2023 at 10:00 a.m. shall proceed by Zoom video conference in accordance with Judge Beckerman's Zoom Procedures annexed to this Order.

Date: October 20, 2023
New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE