# ZACHTER PLLC

**JEFFREY ZACHTER**
Fax: (646) 779-3296
[JZachter@zachterlaw.com](mailto:JZachter@zachterlaw.com)

May 23, 2024

| New York Office | New Jersey Office |
|---|---|
| 30 Wall Street | 2 University Plaza |
| 8th Floor | Suite 205 |
| New York, NY 10055 | Hackensack, NJ 07601 |
| Phone: (646) 779-3301 | Phone: (201) 500-6576 |

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**RE: Silverline Services, Inc. V. Bob Elliott's Music Makers, LLC,
Music Makers of New York, Inc., My Life Designs, Inc and Robert T Elliott Jr aka
Robert T Elliott aka Robert Elliott
Bankruptcy Case #23-11556**

Clerk of the Court:

    We represent creditor Silverline Services, Inc. We inadvertently filed 2 proofs of claims. Please withdraw Claim 9 as Claim 1 is based on the same claim. Also, please reclassify Claim 1 as unsecured.

    If you have any questions or concerns, please feel free to contact me at the number above.

Sincerely,
**Zachter PLLC**

_____
Jeffrey Zachter, Esq.